IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JAMES K. MCENTIRE

    Plaintiff,

v.

WISE HEALTH SOLUTIONS LLC           Case No. 4:23-cv-00332

And

VERACIOUS INVESTIGATIVE &
COMPLAINCE SOLUTIONS
INTERNATIONAL LLC

And

OAKSTERDAM UNIVERSITY

    Defendants

## NOTICE OF REMOVAL

    Defendant, Veracious Investigative & Compliance Solutions International, LLC, pursuant to U.S.C. §§ 1332, 1441, and 1444, files this Notice of Removal, and provides the following grounds supporting removal:

    1.    Plaintiff filed his First Amended Petition in Tort in the Circuit Court of Jackson County, Missouri on or about March 16, 2023 The Case Number is 2316-CV02005.

    2.    This Court has original jurisdiction under the provisions of 28 U.S.C. 1332, as amended, and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. §1441, in that it is a civil action wherein the matter in controversy exceeds the sum of Seventy-Five Thousand No/100 Dollars ($75,000.00), exclusive of interest and costs, and the actual and valid controversy is between citizens of different states.

3. The cause of action involves a controversy between citizen of different states:

   a. Plaintiff is an individual residing in Lee's Summit, Missouri;

   b. Defendant Veracious Investigative & Compliance Solutions International LLC is a Texas Limited Liability Company that is in good standing. It is owned by a citizen of Nevada.

   c. Defendant Wise Health Solutions, LLC is a Missouri Limited Liability Company that is in good standing. It is owned by citizens of California and Nevada.

   d. Defendant Oaksterdam University has not yet been served in this matter upon information and belief. However, Defendant Oaksterdam is a California Non-Profit Corporation.

4. This Notice of Removal is filed within thirty (30) days after receipt by Defendant of a copy of Plaintiff's First Amended Petition, and the time for filing this Notice of Removal under 28 U.S.C. 1446 has not expired:

   a. Plaintiff served the Summons and Petition on this Defendant on April 13, 2023.

5. All Defendants who have been served in this matter have consented to the removal of this action pursuant to 28 U.S.C. § 1446(2)(A).

6. A copy of all process, pleadings, and order served in the above-captioned matter in the Circuit Court of Jackson County, Missouri are attached hereto as Exhibit 3.

7. A copy of the Plaintiffs' First Amended Petition is attached hereto as Exhibit 2.

8. Facially, the amount in controversy exceeds $75,000.00, exclusive of costs and interest, and the case is removable pursuant to 28 U.S.C. 1332.

9. Defendant's Civil Cover Sheet is attached hereto as Exhibit 1.

10. Pursuant to 28 U.S.C. 1446(a), promptly after filing this Notice of Removal, Defendant is filing a copy of this Notice of Removal with the Circuit Court of Jackson County, Missouri, and providing notice of same to the Plaintiff.

WHEREFORE, Defendant Veracious Investigative & Compliance Solutions International LLC prays this Court order this cause removed from the Circuit Court of Jackson County, Missouri to the United States District Court for the Western District of Missouri, as provided by law, and thereupon proceed with this civil action as if it had originally commenced in this Court.

Respectfully submitted,

MORTON, REED, COUNTS, BRIGGS, & ROBB LLC

By  /s/ *Andrew R. Klonowski*
Andrew R. Klonowski #66010
2301 Village Drive, Suite B
St. Joseph, MO 64506
(816) 232-8411
(816) 232-8418 Facsimile
aklonowski@mortonreedlaw.com

### CERTIFICATE OF SERVICE

The undersigned certifies that on May 12, 2023, this document, the original of which has been signed, was filed using the United States District court for the Western District of Missouri Western Division Electronic Filing System which provides the required notice of filing and access to the document to registered users:

*/s/ Andrew R. Klonowski*
**Attorney for Defendant**