IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JAMES K. MCENTIRE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 23-00332-CV-W-JAM ) |
| WISE HEALTH SOLUTIONS, *et al.*, | ) ) ) |
| Defendants. | ) |

**ORDER**

Upon the Notice of Voluntary Dismissal Without Prejudice filed pursuant to Fed. R. Civ. P. 41 and signed by Plaintiff's counsel (Doc. 5), and before Defendants having filed an answer or motion for summary judgment, it is hereby

ORDERED that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is dismissed without prejudice. Each party shall bear its own costs and attorneys' fees. It is further

ORDERED that Defendant Wise Health Solutions, LLC's Motion to Dismiss James K. McEntire's First Amended Petition in Tort (within Doc. 1-3) is denied without prejudice as moot. It is further

ORDERED that Defendant Veracious Investigative & Compliance Solutions International, LLC's Joinder in Motion to Dismiss James K. McEntire's First Amended Petition (Doc. 3) is denied without prejudice as moot.

                                                    /s/ *Jill A. Morris*
                                                    JILL A. MORRIS
                                  UNITED STATES MAGISTRATE JUDGE